IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 17-20781-CMB |
| Karen L. Falenski<br>　　　Debtor | Chapter 13 |
| Karen L. Falenski<br>　　　Movant, | |
| vs. | Document No. 77 |
| The Money Source Inc. and<br>Ronda J. Winnecour, Chapter 13 Trustee<br>　　　Respondents. | **ENTERED BY DEFAULT** |

ORDER APPROVING MORTGAGE LOAN MODIFICATION

AND NOW, this \_\_\_\_20th\_\_\_\_ day of \_\_\_\_January\_\_\_\_, 2022, upon consideration of the Motion to Approve Mortgage Loan Modification, it is hereby ORDERED, ADJUDGED, and DECREED:

1. The Debtor is permitted to enter into the permanent Mortgage Loan Modification attached to Debtor's Motion.

2. If the Mortgage Loan Modification impacts the provisions of the Debtors' Chapter 13 Plan, a modified plan shall be filed within fourteen (14) days of the entry of this Order.

3. If the Mortgage Loan Modification results in a material change in the Debtors' expenses the Debtor's shall file an amendment to the impacted schedules reflecting income and expenses within fourteen (14) days of the entry of this Order.

BY THE COURT:

_Carlota M. Böhm_ dmk
Carlota M. Böhm, Chief Judge
United States Bankruptcy Court

FILED
1/20/22 11:24 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA