**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Karen L. Falenski<br>　　　　　　　　　　Debtor(s)<br><br>THE MONEY SOURCE<br>　　　　　　　　　　Movant<br>　　　vs.<br><br>Karen L. Falenski<br>　　　　　　　　　　Debtor(s)<br>Jason Trout<br>　　　　　　　　　　Co-Mortgagor<br><br>Ronda J. Winnecour<br>　　　　　　　　　　Trustee | | CHAPTER 13<br><br><br><br>NO. 17-20781 CMB<br><br><br><br>11 U.S.C. Section 362 and 1301 |

**LOAN MODIFICATION SUMMARY**

Property Valuation:       $145,000.00          Source:  Debtor's Schedules

Original Loan Amount:    $130,494.00          Origination Date:  June 24, 2009

Prepetition Arrears:        $12,585.86

| As of Petition Date | | Under Proposed Modification |
|---|---|---|
| $128,297.95 | **Principal Balance** | $126,929.52 |
| 4.250% | **Interest Rate** | 3.750% |
| December 2051 | **Maturity Date** | June 2052 |
| $558.36 | **P&I Payment** | $587.83 |
| $247.12 | **Escrow Payment** | $205.16 |
| $805.48 | **Total Payment** | $792.99 |
| n/a | **Balloon Payment** | n/a |
| n/a | **Cumulative Interest** | n/a |
| n/a | **LTV** | n/a |
| $805.48 | **Ch. 13 Payment** | $792.99 |
| $0.00 | **Ch. 13 Pmt. (Arrears)** | $0.00 |