IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 17-20781-CMB |
| | ) | |
| Karen L. Falenski | ) | Chapter 13 |
|     Debtor | ) | |
| | ) | |
| The Money Source | ) | |
| | ) | |
|     Movant, | ) | |
| | ) | |
| vs. | ) | Document No. _____ |
| | ) | |
| Karen L. Falenski, Jason Trout and | ) | |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | |
|     Respondents. | ) | |
| | ) | |

ORDER OF COURT

AND NOW, this _____ day of _____, 2022, upon consideration of the Motion to Approve Mortgage Loan Modification and Responses thereto, it is hereby ORDERED, ADJUDGED, and DECREED:

1. The Debtor is permitted to enter into the permanent Mortgage Loan Modification pursuant to the Order dated January 20, 2022

2. Movant shall file the Mortgage Modification with the Recorder of Deeds of Westmoreland County within thirty (30) days of this Order.

3. Movant's Motion is DENIED.

BY THE COURT:

_____
Carlota M. Böhm, Judge
United States Bankruptcy Court