IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 17-20781-CMB |
| | ) | |
| Karen L. Falenski | ) | Chapter 13 |
|     Debtor | ) | |
| | ) | |
| The Money Source | ) | |
| | ) | |
|     Movant, | ) | |
| | ) | |
| vs. | ) | Document No. _____ |
| | ) | |
| Karen L. Falenski, Jason Trout and | ) | |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | |
|     Respondents. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE OF
RESPONSE TO APPLICATION TO APPROVE LOAN MODIFICATION**

    I certify under penalty of perjury that I served the above captioned pleading on the parties on the attached list on November 14, 2022.

    The type(s) of service made on the parties was: First-Class Mail.

**Service by First-Class Mail:**

ALL PARTIES AND CREDITORS LISTED ON THE CLERK'S OFFICE MAILING MATRIX

Executed on: November 14, 2022              */s/ Corey J. Sacca*
                                                              Corey J. Sacca, Esquire
                                                             20 N. Pennsylvania Ave, Suite 201
                                                             Greensburg, PA  15601-2337
                                                             csacca@bononilaw.com
                                                             (724) 832-2499
                                                             PA ID# 306741