| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 17-20781-CMB<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Mon Nov 14 11:35:36 EST 2022 | First Guaranty Mortgage Corporation<br>Stern & Eisenberg<br>1581 Main Street<br>Suite 200<br>Warrington, PA 18976-3403 | Synchrony Bank<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave., Suite #400<br>Seattle, WA 98121-3132 |
| The Money Source Inc.<br>500 South Broad Street Suite 100A<br>Meriden, CT 06450-6755 | 2<br>U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2703 | Aes/pheaafrn<br>Attn: Bankrupcy<br>Po Box 2461<br>Harrisburg, PA 17105-2461 |
| COMENITY CAPITAL BANK<br>C/O Weinstein & Riley P.S.<br>2001 Western Ave Ste. 400<br>Seattle, WA 98121-3132 | Capital One<br>Attn: General Correspondence/Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Coast to Coast Financial Solutions<br>Attn:Bankruptcy<br>101 Hodencamp Rd Ste 120<br>Thousand Oaks, CA 91360-5831 | Comenity Bank/Bon Ton<br>Attn: Bankruptcy<br>Po Box 18215<br>Columbus, OH 43218 | Credit One Bank Na<br>Po Box 98873<br>Las Vegas, NV 89193-8873 |
| ECMC<br>PO BOX 16408<br>St Paul, MN 55116-0408 | First Guaranty Mortgage Corporation<br>c/o RoundPoint Mortgage Servicing Corp.<br>5016 Parkway Plaza Blvd, Suite 200<br>Charlotte, NC 28217-1930 | First Guaranty Mortgage Corporation<br>c/oRushmore Loan Management ServicesLLC<br>1755 Wittington Place, Suite 400<br>Dallas, TX 75234-1928 |
| First Premier Bank<br>601 S Minneaplois Ave<br>Dious FDalls, SD 57104 | LVNV Funding, LLC its successors and assigns<br>assignee of FNBM, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 |
| Premier Bankcard, Llc<br>c o Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Roundpoint Mortgage Servicing Corp.<br>516 Parkway Plaza Blvd.<br>Suite 200<br>Charlotte, NC 28217 |
| SYNCHRONY BANK<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave, Ste 400<br>Seattle, WA 98121-3132 | Southern Ca<br>2420 Professional Drive<br>Rocky Mount, NC 27804-2253 | The Money Source Inc.<br>500 South Broad Street Suite 100A<br>Meriden, Connecticut 06450-6755 |
| (p)US DEPARTMENT OF HOUSING & URBAN DEVELOPME<br>ATTN OFFICE OF REGIONAL COUNSEL<br>THE WANNAMAKER BUILDING<br>100 PENN SQUARE EAST--11TH FLOOR<br>PHILADELPHIA PA 19107-3325 | Vasco Federal Credit Union<br>432 Depot Street<br>Latrobe, PA 15650-1567 | Verizon<br>by American InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 |
| West Penn Power<br>5001 NASA Blvd<br>Fairmont WV 26554-8248 | West Penn Power<br>800 Cabine Hill Drive<br>Greensburg, PA 15601-1689 | Corey J. Sacca<br>Bononi & Company<br>20 North Pennsylvania Ave.<br>Greensburg, PA 15601-2337 |

Karen L. Falenski
633 Overhead Bridge Road
Youngwood, PA 15697-1551

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

U.S. Department of HUD
451 7th Street S.W.
Washington, DC 20410

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)First Guaranty Mortgage Corporation     (u)Vasco Federal C U

End of Label Matrix
Mailable recipients    31
Bypassed recipients     2
Total                  33