# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Karen L. Falenski<br>　　　　　　　　Debtor(s) | CHAPTER 13 |
| THE MONEY SOURCE<br>　　　　　　　　Movant<br>　　vs.<br>Karen L. Falenski<br>　　　　　　　　Debtor(s)<br>Jason Trout<br>　　　　　　　　Co-Mortgagor<br>Ronda J. Winnecour<br>　　　　　　　　Trustee | NO. 17-20781 CMB<br><br>Hearing Date: 1/31/2023 |

### MOTION OF THE MONEY SOURCE INC. TO CONTINUE HEARING
### SCHEDULED FOR JANUARY 31, 2023

The Money Source (hereinafter "Movant") files the within consensual Motion to Continue Hearing and in support of the Motion states as follows:

1. Movant filed a Motion to Approve a Loan Modification on October 25, 2022.

2. Debtor objected to the motion on November 11, 2022.

3. The Court conducted a hearing on December 14, 2023, adjourning the hearing to January 31, 2023 and directing the parties to see if the matter could be resolved.

4. Since the last hearing the loan has been servicer transferred to a new servicer. The new servicer is in the process of boarding the loan.

5. Our office has been in communication with Debtor's counsel and the new servicer and we are hopeful that we will be able to resolve the matter.

6. We respectfully request a thirty (30) day continuance of the pending motion to permit the new servicer time to board the loan and discuss the matter with our office further.

7. Counsel for Debtor, Corey Sacca, Esq. has advised that he consents to the continuance request.

WHERFORE, The Money Source respectfully requests that the Court enter an order continuing the hearing currently scheduled for January 31, 2023 for a period of thirty (30) days.

                                                 Respectfully Submitted,

Dated: 1/19/2023                              By: */s/ Brian C. Nicholas, Esq.*
                                                 Brian C. Nicholas, Esq. (PA ID: 317240)
                                                 KML Law Group, P.C.
                                                 701 Market Street, Suite 5000
                                                 Philadelphia, PA 19106
                                                 bnicholas@kmllawgroup.com
                                                 Attorney for Movant, The Money Source