# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Karen L. Falenski | Debtor(s) | CHAPTER 13 |
| THE MONEY SOURCE | Movant | |
| vs. | | NO. 17-20781 CMB |
| Karen L. Falenski | Debtor(s) | Hearing Date: 1/31/2023 |
| Jason Trout | Co-Mortgagor | |
| Ronda J. Winnecour | Trustee | |

**ORDER CONTINUING HEARING**

Upon consideration of the consensual Motion filed by The Money Source to continue the hearing pending fro January 31, 2023,

**IT IS ORDERED** that the Motion is granted and the hearing scheduled for January 31, 2023 is hereby continued to _____.

Dated:                          Honorable Carlota M. Böhm
                                               United Stated Bankruptcy Judge