### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Karen L. Falenski | Debtor(s) | CHAPTER 13 |
| THE MONEY SOURCE | Movant | |
| vs. | | NO. 17-20781 CMB |
| Karen L. Falenski | Debtor(s) | |
| Jason Trout | Co-Mortgagor | |
| Ronda J. Winnecour | Trustee | |

### CERTIFICATE OF SERVICE

I, Brian C. Nicholas, attorney for Movant, do hereby certify that true and correct copies of the foregoing Motion of THE MONEY SOURCE to continue the hearing scheduled for January 31, 2023 has been served on January 19, 2023, by first class mail, and/or electronic means upon those listed below:

Debtor(s)
Karen L. Falenski
633 Overhead Bridge Road
Youngwood, PA 15697

Co-Debtor(s)
Jason Trout
633 Overhead Bridge Road
Youngwood, PA 15697

Attorney for Debtor(s)
Corey J. Sacca
Bononi & Company
20 North Pennsylvania Avenue
Greensburg, PA 15601Addresses.Email

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the US Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Date: January 19, 2023

**/s/ Brian C. Nicholas, Esquire**
Brian C. Nicholas, Esquire
Attorney I.D. No. 317240
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
bnicholas@kmllawgroup.com