PROCEEDING MEMO

Date: 03/09/2023 01:30 pm

In re:   Karen L. Falenski

                                        Bankruptcy No. 17-20781-CMB
                                        Chapter: 13
                                        Doc. # 94

Appearances:  Denise Carlon, Esq.
                  Corey Sacca, Esq.
                  Ronda Winnecour

Nature of Proceeding: 94 Continued Motion to Approve Loan Modification

Additional Pleadings:  #98 Debtor's Response
                              #100 Proceeding Memo dated 12/13/2022
                              #102 Motion to Continue hearing
                              #103 Order granting motion to continue

Outcome:  Hearing Held.
                Parties are trying to resolve issues.
                Hearing Continued to: 04/20/2023 at 1:30 p.m., via Zoom. Attorney Nicholas or Attorney Carlon is to file either, a (1) Status Report or (2) Consent Order with the Court by 04/01/2023.  If a Consent Order is filed, the Continued Hearing will be Cancelled.


                                                    Carlota Böhm
                                                    U.S. Bankruptcy Judge


                FILED
                3/9/23 3:56 pm
                CLERK
                U.S. BANKRUPTCY
                COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-20781-CMB |
| Karen L. Falenski | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Mar 09, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Karen L. Falenski, 633 Overhead Bridge Road, Youngwood, PA 15697-1551 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Mar 11, 2023 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor The Money Source Inc. bnicholas@kmllawgroup.com |
| Christopher M. McMonagle | |
| | on behalf of Creditor First Guaranty Mortgage Corporation cmcmonagle@timoneyknox.com  bkecf@sterneisenberg.com |
| Corey J. Sacca | |
| | on behalf of Debtor Karen L. Falenski csacca@bononilaw.com coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com |
| Daniel Philip Jones | |
| | on behalf of Creditor First Guaranty Mortgage Corporation djones@sterneisenberg.com  bkecf@sterneisenberg.com |
| Jerome B. Blank | |
| | on behalf of Creditor First Guaranty Mortgage Corporation jblank@pincuslaw.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Mar 09, 2023 | Form ID: pdf900 | Total Noticed: 1 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Steven P Kelly
    on behalf of Creditor First Guaranty Mortgage Corporation skelly@sterneisenberg.com  bkecf@sterneisenberg.com

Thomas Song
    on behalf of Creditor First Guaranty Mortgage Corporation pawb@fedphe.com

William E. Miller
    on behalf of Creditor First Guaranty Mortgage Corporation william.miller@padgettlawgroup.com  wedwardmiller@gmail.com

TOTAL: 10