# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Karen L. Falenski<br>        Debtor(s) | |
| | CHAPTER 13 |
| THE MONEY SOURCE<br>    Movant<br>        vs. | |
| Karen L. Falenski<br>    Debtor(s) | NO. 17-20781 CMB |
| Ronda J. Winnecour<br>        Trustee | 11 U.S.C. Section 362 |

## ORDER OF COURT

And on this \_\_31st\_\_ day of \_\_March\_\_, 2023, it is hereby ORDERED that the Motion to Approve Loan Modification by THE MONEY SOURCE which was filed with the Court on or about 10/24/2023, is hereby WITHDRAWN.

By the Court,

FILED
3/31/23 12:56 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Carlota M. Böhm* /dmk

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-20781-CMB |
| Karen L. Falenski | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Mar 31, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Karen L. Falenski, 633 Overhead Bridge Road, Youngwood, PA 15697-1551 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Apr 02, 2023 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor The Money Source Inc. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com |
| Christopher M. McMonagle | on behalf of Creditor First Guaranty Mortgage Corporation cmcmonagle@timoneyknox.com  bkecf@sterneisenberg.com |
| Corey J. Sacca | on behalf of Debtor Karen L. Falenski csacca@bononilaw.com coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com |
| Daniel Philip Jones | on behalf of Creditor First Guaranty Mortgage Corporation djones@sterneisenberg.com  bkecf@sterneisenberg.com |

District/off: 0315-2      User: auto      Page 2 of 2
Date Rcvd: Mar 31, 2023      Form ID: pdf900      Total Noticed: 1

Jerome B. Blank
    on behalf of Creditor First Guaranty Mortgage Corporation jblank@pincuslaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Steven P Kelly
    on behalf of Creditor First Guaranty Mortgage Corporation skelly@sterneisenberg.com bkecf@sterneisenberg.com

Thomas Song
    on behalf of Creditor First Guaranty Mortgage Corporation pawb@fedphe.com

William E. Miller
    on behalf of Creditor First Guaranty Mortgage Corporation william.miller@padgettlawgroup.com wedwardmiller@gmail.com

TOTAL: 11