## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 17-20781** |
| **Karen L. Falenski** | : | **Chapter 13** |
| | : | **Judge Carlota M. Bohm** |
| Debtor(s) | : | * * * * * * * * * * * * * * * * * * * * |
| | : | |
| **MidFirst Bank** | : | **Related Document #** |
| | : | |
| Movant, | : | |
| | : | |
| **No Respondent(s).** | : | |

## <u>NOTICE OF APPEARANCE AND REQUEST FOR NOTICES</u>

The undersigned attorney enters their appearance as counsel for MidFirst Bank, its

successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in

this case to the undersigned at the address below.

Respectfully submitted,

/s/ Stephen R. Franks
Stephen R. Franks, Esquire (0075345)
Adam B. Hall (323867)
Edward H. Cahill (0088985)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Stephen R.
Franks.
Contact email is srfranks@manleydeas.com

23-011369_PS

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 17-20781** |
| **Karen L. Falenski** | : | **Chapter 13** |
| | : | **Judge Carlota M. Bohm** |
| Debtor(s) | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| **MidFirst Bank** | : | **Related Document #** |
| Movant, | : | |
| | : | |
| | : | |
| No Respondent(s). | : | |

## CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on May 26, 2023.

Service by ECF:
Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Ronda J. Winnecour, Chapter 13 Trustee, cmecf@chapter13trusteewdpa.com

Corey J. Sacca, Attorney for Karen L. Falenski, csacca@bononilaw.com

Service by First-Class Mail:
Karen L. Falenski and Jason Trout, 633 Overhead Bridge Road, Youngwood, PA  15697

EXECUTED ON: May 26, 2023

By: /s/ Stephen R. Franks
Signature
Stephen R. Franks, Esquire
Typed Name
P.O. Box 165028, Columbus, OH 43216-5028
Address
614-220-5611
Phone No.
0075345
List Bar I.D. and State of Admission

23-011369_PS