IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              Bankruptcy No. 17-20781-CMB

Karen L. Falenski
                                                    Chapter 13
        Debtor

### ORDER OF COURT

**AND NOW,** this 29th day of September, 2023 it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the above-captioned case is hereby transferred to the Honorable Gregory L. Taddonio. All future pleadings shall reflect Case No. 17-20781-GLT in the caption.

_____
**Carlota M. Böhm**           dmk
Chief U.S. Bankruptcy Judge

cc:   Debtor
      Debtor's Attorney           FILED
      U.S. Trustee                9/29/23 1:08 pm
                                  CLERK
                                  U.S. BANKRUPTCY
                                  COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 17-20781-GLT

Karen L. Falenski     Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2

Date Rcvd: Sep 29, 2023     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Karen L. Falenski, 633 Overhead Bridge Road, Youngwood, PA 15697-1551 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2023 at the address(es) listed below:

**Name**     **Email Address**

Brian Nicholas
    on behalf of Creditor The Money Source Inc. bnicholas@kmllawgroup.com

Brian Nicholas
    on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com

Christopher M. McMonagle
    on behalf of Creditor First Guaranty Mortgage Corporation christopher.mcmonagle@bbs-law.com bkecf@sterneisenberg.com

Corey J. Sacca
    on behalf of Debtor Karen L. Falenski csacca@bononilaw.com
    coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com

Daniel Philip Jones
    on behalf of Creditor First Guaranty Mortgage Corporation djones@sterneisenberg.com bkecf@sterneisenberg.com

District/off: 0315-2　　　　　　　　　　　　User: auto　　　　　　　　　　　　Page 2 of 2
Date Rcvd: Sep 29, 2023　　　　　　　　　　Form ID: pdf900　　　　　　　　　　Total Noticed: 1

Jerome B. Blank
    on behalf of Creditor First Guaranty Mortgage Corporation jblank@pincuslaw.com brausch@pincuslaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Stephen Russell Franks
    on behalf of Creditor MidFirst Bank amps@manleydeas.com

Steven P Kelly
    on behalf of Creditor First Guaranty Mortgage Corporation skelly@sterneisenberg.com bkecf@sterneisenberg.com

Thomas Song
    on behalf of Creditor First Guaranty Mortgage Corporation pawb@fedphe.com

William E. Miller
    on behalf of Creditor First Guaranty Mortgage Corporation william.miller@padgettlawgroup.com wedwardmiller@gmail.com


TOTAL: 12