IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Karen L. Falenski,<br>　　　Debtor(s) | Bankruptcy No. 17-20781-GLT<br><br>Chapter 13 |
| Karen L. Falenski,<br>　　　Movant(s)<br>　　　　　　v.<br><br>No Respondents | Document No. |

**CERTIFICATION OF NO OBJECTION REGARDING
MOTION FOR APPROVAL OF APPOINTMENT OF SPECIAL COUNSEL FOR DEBTOR**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on September 25 2023 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than October 12, 2023.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date of Service: <u>October 16, 2023</u>

Respectfully submitted,

*/s/ Corey J. Sacca*
Corey J. Sacca, Esquire
20 N. Pennsylvania Ave, Suite 201
Greensburg, PA  15601-2337
csacca@bononilaw.com
(724) 832-2499
PA ID# 306741

**PAWB Local Form 25 (07/13)**