FILED
10/17/23 9:49 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                  :

      Karen L. Falenski      :      Case No: 17-20781- GLT

        Debtor           :

                      :      Chapter 13

      Karen L. Falenski      :

        Movant          :

                      :

      vs.                   :      Related to Docket No. 115

                      :

      No Respondents     :

                      :

                      :

                      :

                      :

## ORDER EMPLOYING SPECIAL COUNSEL TO THE DEBTOR

     **AND NOW**, this_ 17th Day of October        , 2023, upon consideration of the

**MOTION OF DEBTOR TO EMPLOY SPECIAL COUNSEL**, it is **ORDERED,**

**ADJUDGED and DECREED** as follows:

     1. The above-referenced Motion is hereby approved as of the date the Motion was filed.

     2. Quatrini Law Group and attorney Joyce Novotny-Prettiman, Esquire, 550 East

Pittsburgh Street, Greensburg, PA 15601 ("Special Counsel") is hereby appointed as Special

Counsel to the Debtor in this bankruptcy proceeding for the reasons set forth in the Motion.

     3. Professional persons or entities performing services in the above case are advised that

approval of fees for professional services will be based not only on the amount involved and the

results accomplished, but other factors as well, including: the time and labor reasonably required

by the applicant to perform, the novelty and difficulty of the issues presented, the skill requisite

to perform the service properly, the preclusion of other employment due to acceptance of this

case, the customary fee for similar services, the time limitations imposed by the client or the

circumstances encountered while performing the services, the experience, reputation and ability of the professional(s) involved, the undesirability of the case, the nature and length of the professional relationship with the client, and, awards in similar cases.

4.   Approval of any application for appointment of a professional in which certain fees are requested for various identified professionals is not an agreement by the Court to allow such fees at the requested hourly rates.  Final compensation, awarded only after notice and hearing, may be more or less than the requested hourly rates based on application of the above-mentioned factors in granting approval by Court Order.

5.   ***Applicant shall serve the within Order on all interested parties and file a certificate of service.***

BY THE COURT:

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

# BY DEFAULT

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                               Case No. 17-20781-GLT

Karen L. Falenski                                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: auto                                        Page 1 of 2

Date Rcvd: Oct 17, 2023                       Form ID: pdf900                            Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| sp | + Joyce Novotny-Prettiman, Quatrini Rafferty Galloway, 550 E. Pittsburgh Street, Greensburg, PA 15601-2663 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2023                    Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor The Money Source Inc. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com |
| Christopher M. McMonagle | on behalf of Creditor First Guaranty Mortgage Corporation christopher.mcmonagle@bbs-law.com  bkecf@sterneisenberg.com |
| Corey J. Sacca | on behalf of Debtor Karen L. Falenski csacca@bononilaw.com coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com |
| Daniel Philip Jones | on behalf of Creditor First Guaranty Mortgage Corporation djones@sterneisenberg.com  bkecf@sterneisenberg.com |

District/off: 0315-2
Date Rcvd: Oct 17, 2023

User: auto
Form ID: pdf900

Page 2 of 2
Total Noticed: 1

Jerome B. Blank
    on behalf of Creditor First Guaranty Mortgage Corporation jblank@pincuslaw.com  brausch@pincuslaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Stephen Russell Franks
    on behalf of Creditor MidFirst Bank amps@manleydeas.com

Steven P Kelly
    on behalf of Creditor First Guaranty Mortgage Corporation skelly@sterneisenberg.com  bkecf@sterneisenberg.com

Thomas Song
    on behalf of Creditor First Guaranty Mortgage Corporation pawb@fedphe.com

William E. Miller
    on behalf of Creditor First Guaranty Mortgage Corporation william.miller@padgettlawgroup.com  wedwardmiller@gmail.com


TOTAL: 12