**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
3/21/24 12:41 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>  KAREN L. FALENSKI<br><br>         Debtor(s)<br>Ronda J. Winnecour, Trustee<br>  Movant<br>       vs.<br>  KAREN L. FALENSKI<br><br><br>         Respondents | Case No.17-20781GLT<br><br>Chapter 13<br><br>Related to Docket No. 129 |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this  21st Day of March, 2024 , it is hereby ORDERED, ADJUDGED, and DECREED that,

Extrude Hone Corp
Attn: Payroll Manager
235 Industry Blvd
Irwin, PA 15642

is hereby ordered to immediately terminate the attachment of the wages of KAREN L. FALENSKI, social security number XXX-XX-1416.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of KAREN L. FALENSKI.

BY THE COURT:

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-20781-GLT |
| Karen L. Falenski | Chapter 13 |
|     Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Mar 21, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Karen L. Falenski, 633 Overhead Bridge Road, Youngwood, PA 15697-1551 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2024         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher M. McMonagle | on behalf of Creditor First Guaranty Mortgage Corporation christopher.mcmonagle@bbs-law.com  bkecf@sterneisenberg.com |
| Corey J. Sacca | on behalf of Debtor Karen L. Falenski csacca@bononilaw.com coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com |
| Daniel Philip Jones | on behalf of Creditor First Guaranty Mortgage Corporation djones@sterneisenberg.com  bkecf@sterneisenberg.com |
| Denise Carlon | on behalf of Creditor The Money Source Inc. dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 21, 2024 | Form ID: pdf900 | Total Noticed: 1 |

Jerome B. Blank
    on behalf of Creditor First Guaranty Mortgage Corporation jblank@pincuslaw.com brausch@pincuslaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Stephen Russell Franks
    on behalf of Creditor MidFirst Bank amps@manleydeas.com

Steven P Kelly
    on behalf of Creditor First Guaranty Mortgage Corporation skelly@sterneisenberg.com bkecf@sterneisenberg.com

Thomas Song
    on behalf of Creditor First Guaranty Mortgage Corporation pawb@fedphe.com

William E. Miller
    on behalf of Creditor First Guaranty Mortgage Corporation william.miller@padgettlawgroup.com wedwardmiller@gmail.com

TOTAL: 12