Certificate Number: 03088-PAW-DE-038339194

Bankruptcy Case Number: 17-20781



03088-PAW-DE-038339194

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 2, 2024, at 11:11 o'clock AM CDT, Karen L Falenski completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   April 2, 2024             By:    /s/Crystal Towner

                                  Name:  Crystal Towner

                                  Title: Counselor