Form 604

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Karen L. Falenski** | : | Case No. 17−20781−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 133 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 8/7/24 at 11:00 AM |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

*AND NOW,* this *The 29th of May, 2024*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 133 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1) *On or before July 15, 2024*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2) This Motion is scheduled for hearing on *August 7, 2024 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

(4) Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE without further notice or hearing*.

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-20781-GLT |
| Karen L. Falenski | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: May 29, 2024 | Form ID: 604 | Total Noticed: 29 |

The following symbols are used throughout this certificate:

**Symbol**   **Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Karen L. Falenski, 633 Overhead Bridge Road, Youngwood, PA 15697-1551 |
| cr | + | First Guaranty Mortgage Corporation, Stern & Eisenberg, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| sp | + | Joyce Novotny-Prettiman, Quatrini Rafferty Galloway, 550 E. Pittsburgh Street, Greensburg, PA 15601-2663 |
| 14883588 | + | First Guaranty Mortgage Corporation, c/oRushmore Loan Management ServicesLLC, 1755 Wittington Place, Suite 400, Dallas, TX 75234-1928 |
| 14373616 | | Roundpoint Mortgage Servicing Corp., 516 Parkway Plaza Blvd., Suite 200, Charlotte, NC 28217 |
| 14373617 | + | Southern Ca, 2420 Professional Drive, Rocky Mount, NC 27804-2253 |
| 14373620 | + | Vasco Federal Credit Union, 432 Depot Street, Latrobe, PA 15650-1567 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bncmail@w-legal.com | May 29 2024 23:57:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| cr | + | Email/Text: BK@servicingdivision.com | May 29 2024 23:56:00 | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, CT 06450-6755 |
| 14373610 | + | Email/Text: bncnotifications@pheaa.org | May 29 2024 23:56:00 | Aes/pheaafrn, Attn: Bankrupcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14654230 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 29 2024 23:56:00 | COMENITY CAPITAL BANK, C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121-3132 |
| 14373611 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 29 2024 23:55:34 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14416976 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 30 2024 00:08:30 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14373612 | + | Email/Text: Bk@c2cfsi.com | May 29 2024 23:57:00 | Coast to Coast Financial Solutions, Attn:Bankruptcy, 101 Hodencamp Rd Ste 120, Thousand Oaks, CA 91360-5831 |
| 14373613 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 29 2024 23:56:00 | Comenity Bank/Bon Ton, Attn: Bankruptcy, Po Box 18215, Columbus, OH 43218 |
| 14373614 | + | Email/PDF: creditonebknotifications@resurgent.com | May 29 2024 23:55:37 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14383243 | | Email/Text: ECMCBKNotices@ecmc.org | May 29 2024 23:56:00 | ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 14419613 | ^ | MEBN | May 29 2024 23:47:14 | First Guaranty Mortgage Corporation, c/o RoundPoint Mortgage Servicing Corp., 5016 Parkway Plaza Blvd, Suite 200, Charlotte, NC 28217-1930 |
| 14373615 | | Email/PDF: ais.fpc.ebn@aisinfo.com | | |

Case 17-20781-GLT   Doc 137   Filed 05/31/24   Entered 06/01/24 00:31:11   Desc
Imaged Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 29, 2024 | Form ID: 604 | Total Noticed: 29 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 30 2024 00:08:31 | First Premier Bank, 601 S Minneaplois Ave, Dious FDalls, SD 57104 |
| 14414643 | | Email/PDF: resurgentbknotifications@resurgent.com | May 30 2024 00:08:33 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15565027 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | May 30 2024 00:08:07 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14648510 | + | Email/Text: JCAP_BNC_Notices@jcap.com | May 29 2024 23:57:00 | Premier Bankcard, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14404558 | | Email/Text: bnc-quantum@quantum3group.com | May 29 2024 23:56:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14953617 | + | Email/Text: bncmail@w-legal.com | May 29 2024 23:57:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 15410252 | + | Email/Text: BK@servicingdivision.com | May 29 2024 23:56:00 | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |
| 14385060 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | May 30 2024 00:08:07 | U.S. Department of HUD, 451 7th Street S.W., Washington, DC 20410-0001 |
| 14638477 | + | Email/PDF: ebn_ais@aisinfo.com | May 30 2024 00:08:30 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14650233 | + | Email/Text: bankruptcy@firstenergycorp.com | May 29 2024 23:57:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 14373619 | + | Email/Text: bankruptcy@firstenergycorp.com | May 29 2024 23:57:00 | West Penn Power, 800 Cabine Hill Drive, Greensburg, PA 15601-1689 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | First Guaranty Mortgage Corporation |
| cr | | MidFirst Bank |
| 14373618 | | Vasco Federal C U |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2024            Signature:         /s/Gustava Winters

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: May 29, 2024 | Form ID: 604 | Total Noticed: 29 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher M. McMonagle | on behalf of Creditor First Guaranty Mortgage Corporation christopher.mcmonagle@bbs-law.com bkecf@sterneisenberg.com |
| Corey J. Sacca | on behalf of Debtor Karen L. Falenski csacca@bononilaw.com coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com |
| Daniel Philip Jones | on behalf of Creditor First Guaranty Mortgage Corporation djones@sterneisenberg.com bkecf@sterneisenberg.com |
| Denise Carlon | on behalf of Creditor The Money Source Inc. dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor First Guaranty Mortgage Corporation jblank@pincuslaw.com brausch@pincuslaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Stephen Russell Franks | on behalf of Creditor MidFirst Bank amps@manleydeas.com |
| Steven P Kelly | on behalf of Creditor First Guaranty Mortgage Corporation skelly@sterneisenberg.com bkecf@sterneisenberg.com |
| Thomas Song | on behalf of Creditor First Guaranty Mortgage Corporation pawb@fedphe.com |
| William E. Miller | on behalf of Creditor First Guaranty Mortgage Corporation william.miller@padgettlawgroup.com wedwardmiller@gmail.com |

TOTAL: 12