**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

KAREN L. FALENSKI

          Debtor(s)

Ronda J. Winnecour
Chapter 13 Trustee,
          Movant
        vs.
No Respondents.

Case No.:17-20781

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

    **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

May 29, 2024

/s/  Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 03/01/2017  and confirmed on 4/7/17 .  The case was subsequently        Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 109,381.00 |
| Less Refunds to Debtor | 5,015.79 | |
| TOTAL AMOUNT OF PLAN FUND | | 104,365.21 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,600.00 | |
|   Trustee Fee | 4,946.73 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,546.73 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| MIDFIRST BANK SSB* | 47,690.06 | 47,690.06 | 0.00 | 47,690.06 |
|   Acct: 5402 | | | | |
| MIDFIRST BANK SSB* | 0.00 | 23,246.10 | 0.00 | 23,246.10 |
|   Acct: 5402 | | | | |
| MIDFIRST BANK SSB* | 2,425.23 | 2,425.23 | 0.00 | 2,425.23 |
|   Acct: 5402 | | | | |
| VASCO FCU* | 4,508.87 | 4,508.87 | 323.34 | 4,832.21 |
|   Acct: 7003 | | | | |
| US DEPARTMENT OF HUD**++ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 4605 | | | | |
| | | | | 78,193.60 |
| **Priority** | | | | |
| COREY J SACCA ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| KAREN L. FALENSKI | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| KAREN L. FALENSKI | 5,015.79 | 5,015.79 | 0.00 | 0.00 |
|   Acct: | | | | |
| BONONI & COMPANY PC | 3,600.00 | 3,600.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| BONONI & COMPANY PC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| VASCO FCU* | 0.00 | 17,624.88 | 0.00 | 17,624.88 |
|   Acct: 7003 | | | | |
| | | | | 17,624.88 |
| **Unsecured** | | | | |
| PHEAA FRN | 171,797.90 | 0.00 | 0.00 | 0.00 |
|   Acct: 1416 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC, | 3,226.49 | 0.00 | 0.00 | 0.00 |
|   Acct: 3451 | | | | |
| COAST TO COAST FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 4785 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENIT | 410.85 | 0.00 | 0.00 | 0.00 |

17-20781                                                                                       Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
|     Acct: 0779 | | | | |
|     LVNV FUNDING LLC, ASSIGNEE | 594.62 | 0.00 | 0.00 | 0.00 |
|     Acct: 4639 | | | | |
|     PREMIER BANKCARD LLC; JEFFERSON C | 448.44 | 0.00 | 0.00 | 0.00 |
|     Acct: 1306 | | | | |
|     SOUTHERN CA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3976 | | | | |
|     WEST PENN POWER* | 2,158.08 | 0.00 | 0.00 | 0.00 |
|     Acct: 2645 | | | | |
|     VERIZON BY AMERICAN INFOSOURCE LP | 360.03 | 0.00 | 0.00 | 0.00 |
|     Acct: 0002 | | | | |
|     BILL ME LATER INC A/S/F SYNCHRONY BA | 513.55 | 0.00 | 0.00 | 0.00 |
|     Acct: 0652 | | | | |
|     WILLIAM E MILLER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     MANLEY DEAS KOCHALSKI LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

*** N O N E ***

TOTAL PAID TO CREDITORS                                                              95,818.48

    TOTAL CLAIMED
    PRIORITY                          0.00
    SECURED                    54,624.16
    UNSECURED                 179,509.96

Date: 05/29/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
KAREN L. FALENSKI

      Debtor(s)

Ronda J. Winnecour
      Movant
      vs.
No Repondents.

Case No.:17-20781

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 17-20781-GLT |
|---|---|
| Karen L. Falenski | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 3 |
|---|---|---|
| Date Rcvd: May 29, 2024 | Form ID: pdf900 | Total Noticed: 29 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Karen L. Falenski, 633 Overhead Bridge Road, Youngwood, PA 15697-1551 |
| cr | + | First Guaranty Mortgage Corporation, Stern & Eisenberg, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| sp | + | Joyce Novotny-Prettiman, Quatrini Rafferty Galloway, 550 E. Pittsburgh Street, Greensburg, PA 15601-2663 |
| 14883588 | + | First Guaranty Mortgage Corporation, c/oRushmore Loan Management ServicesLLC, 1755 Wittington Place, Suite 400, Dallas, TX 75234-1928 |
| 14373616 | | Roundpoint Mortgage Servicing Corp., 516 Parkway Plaza Blvd., Suite 200, Charlotte, NC 28217 |
| 14373617 | + | Southern Ca, 2420 Professional Drive, Rocky Mount, NC 27804-2253 |
| 14373620 | + | Vasco Federal Credit Union, 432 Depot Street, Latrobe, PA 15650-1567 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bncmail@w-legal.com | May 29 2024 23:57:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| cr | + | Email/Text: BK@servicingdivision.com | May 29 2024 23:56:00 | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, CT 06450-6755 |
| 14373610 | + | Email/Text: bncnotifications@pheaa.org | May 29 2024 23:56:00 | Aes/pheaafrn, Attn: Bankrupcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14654230 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 29 2024 23:56:00 | COMENITY CAPITAL BANK, C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121-3132 |
| 14373611 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 29 2024 23:54:35 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14416976 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 30 2024 00:08:31 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14373612 | + | Email/Text: Bk@c2cfsi.com | May 29 2024 23:57:00 | Coast to Coast Financial Solutions, Attn:Bankruptcy, 101 Hodencamp Rd Ste 120, Thousand Oaks, CA 91360-5831 |
| 14373613 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 29 2024 23:56:00 | Comenity Bank/Bon Ton, Attn: Bankruptcy, Po Box 18215, Columbus, OH 43218 |
| 14373614 | + | Email/PDF: creditonebknotifications@resurgent.com | May 29 2024 23:54:39 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14383243 | | Email/Text: ECMCBKNotices@ecmc.org | May 29 2024 23:56:00 | ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 14419613 | ^ | MEBN | May 29 2024 23:47:15 | First Guaranty Mortgage Corporation, c/o RoundPoint Mortgage Servicing Corp., 5016 Parkway Plaza Blvd, Suite 200, Charlotte, NC 28217-1930 |
| 14373615 | | Email/PDF: ais.fpc.ebn@aisinfo.com | | |

District/off: 0315-2 | User: auto | Page 2 of 3

Date Rcvd: May 29, 2024 | Form ID: pdf900 | Total Noticed: 29

| | | | |
|---|---|---|---|
| | | May 30 2024 00:08:04 | First Premier Bank, 601 S Minneaplois Ave, Dious FDalls, SD 57104 |
| 14414643 | Email/PDF: resurgentbknotifications@resurgent.com | May 30 2024 00:08:04 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15565027 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | May 29 2024 23:55:39 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14648510 | + Email/Text: JCAP_BNC_Notices@jcap.com | May 29 2024 23:57:00 | Premier Bankcard, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14404558 | Email/Text: bnc-quantum@quantum3group.com | May 29 2024 23:56:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14953617 | + Email/Text: bncmail@w-legal.com | May 29 2024 23:57:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 15410252 | + Email/Text: BK@servicingdivision.com | May 29 2024 23:56:00 | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |
| 14385060 | + Email/PDF: OGCRegionIIIBankruptcy@hud.gov | May 30 2024 00:08:07 | U.S. Department of HUD, 451 7th Street S.W., Washington, DC 20410-0001 |
| 14638477 | + Email/PDF: ebn_ais@aisinfo.com | May 29 2024 23:54:39 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14650233 | + Email/Text: bankruptcy@firstenergycorp.com | May 29 2024 23:57:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 14373619 | + Email/Text: bankruptcy@firstenergycorp.com | May 29 2024 23:57:00 | West Penn Power, 800 Cabine Hill Drive, Greensburg, PA 15601-1689 |

TOTAL: 22

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | First Guaranty Mortgage Corporation |
| cr | | MidFirst Bank |
| 14373618 | | Vasco Federal C U |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2024       Signature:     /s/Gustava Winters

District/off: 0315-2                                   User: auto                                                      Page 3 of 3
Date Rcvd: May 29, 2024                                Form ID: pdf900                                             Total Noticed: 29

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Christopher M. McMonagle | on behalf of Creditor First Guaranty Mortgage Corporation christopher.mcmonagle@bbs-law.com  bkecf@sterneisenberg.com |
| Corey J. Sacca | on behalf of Debtor Karen L. Falenski csacca@bononilaw.com coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com |
| Daniel Philip Jones | on behalf of Creditor First Guaranty Mortgage Corporation djones@sterneisenberg.com  bkecf@sterneisenberg.com |
| Denise Carlon | on behalf of Creditor The Money Source Inc. dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor First Guaranty Mortgage Corporation jblank@pincuslaw.com  brausch@pincuslaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Stephen Russell Franks | on behalf of Creditor MidFirst Bank amps@manleydeas.com |
| Steven P Kelly | on behalf of Creditor First Guaranty Mortgage Corporation skelly@sterneisenberg.com  bkecf@sterneisenberg.com |
| Thomas Song | on behalf of Creditor First Guaranty Mortgage Corporation pawb@fedphe.com |
| William E. Miller | on behalf of Creditor First Guaranty Mortgage Corporation william.miller@padgettlawgroup.com  wedwardmiller@gmail.com |

TOTAL: 12