<table>
<tr><td colspan="2"><strong>Information to identify the case:</strong></td></tr>
</table>

| Debtor 1 | Karen L. Falenski | Social Security number or ITIN   xxx–xx–1416 |
|---|---|---|
| | First Name   Middle Name   Last Name | EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:   17–20781–GLT | | |

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Karen L. Falenski

7/16/24

**By the court:** <u>Gregory L Taddonio</u>
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W

**Chapter 13 Discharge**

page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-20781-GLT |
| Karen L. Falenski | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Jul 16, 2024 | Form ID: 3180W | Total Noticed: 31 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Karen L. Falenski, 633 Overhead Bridge Road, Youngwood, PA 15697-1551 |
| cr | + | First Guaranty Mortgage Corporation, Stern & Eisenberg, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| sp | + | Joyce Novotny-Prettiman, Quatrini Rafferty Galloway, 550 E. Pittsburgh Street, Greensburg, PA 15601-2663 |
| 14883588 | + | First Guaranty Mortgage Corporation, c/oRushmore Loan Management ServicesLLC, 1755 Wittington Place, Suite 400, Dallas, TX 75234-1928 |
| 14373616 | | Roundpoint Mortgage Servicing Corp., 516 Parkway Plaza Blvd., Suite 200, Charlotte, NC 28217 |
| 14373617 | + | Southern Ca, 2420 Professional Drive, Rocky Mount, NC 27804-2253 |
| 14373620 | + | Vasco Federal Credit Union, 432 Depot Street, Latrobe, PA 15650-1567 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jul 17 2024 03:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 16 2024 23:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jul 17 2024 03:48:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 16 2024 23:58:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: bncmail@w-legal.com | Jul 16 2024 23:58:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| cr | + | Email/Text: BK@servicingdivision.com | Jul 16 2024 23:58:00 | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, CT 06450-6755 |
| 14373610 | + | Email/Text: bncnotifications@pheaa.org | Jul 16 2024 23:58:00 | Aes/pheaafrn, Attn: Bankrupcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14654230 | + | EDI: WFNNB.COM | Jul 17 2024 03:48:00 | COMENITY CAPITAL BANK, C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121-3132 |
| 14373611 | + | EDI: CAPITALONE.COM | Jul 17 2024 03:48:00 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14416976 | | EDI: CAPITALONE.COM | Jul 17 2024 03:48:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14373612 | + | Email/Text: Bk@c2cfsi.com | | |

District/off: 0315-2 | User: auto | Page 2 of 3
Date Rcvd: Jul 16, 2024 | Form ID: 3180W | Total Noticed: 31

| ID | | Notice | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jul 16 2024 23:58:00 | Coast to Coast Financial Solutions, Attn:Bankruptcy, 101 Hodencamp Rd Ste 120, Thousand Oaks, CA 91360-5831 |
| 14373613 | | EDI: WFNNB.COM | Jul 17 2024 03:48:00 | Comenity Bank/Bon Ton, Attn: Bankruptcy, Po Box 18215, Columbus, OH 43218 |
| 14373614 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 17 2024 00:04:49 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14383243 | | Email/Text: ECMCBKNotices@ecmc.org | Jul 16 2024 23:58:00 | ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 14419613 | ^ | MEBN | Jul 16 2024 23:56:58 | First Guaranty Mortgage Corporation, c/o RoundPoint Mortgage Servicing Corp., 5016 Parkway Plaza Blvd, Suite 200, Charlotte, NC 28217-1930 |
| 14373615 | | EDI: AMINFOFP.COM | Jul 17 2024 03:48:00 | First Premier Bank, 601 S Minneaplois Ave, Dious FDalls, SD 57104 |
| 14414643 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 17 2024 00:16:17 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15565027 | + | EDI: AISMIDFIRST | Jul 17 2024 03:48:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14648510 | + | EDI: JEFFERSONCAP.COM | Jul 17 2024 03:48:00 | Premier Bankcard, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14404558 | | EDI: Q3G.COM | Jul 17 2024 03:48:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14953617 | + | Email/Text: bncmail@w-legal.com | Jul 16 2024 23:58:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 15410252 | + | Email/Text: BK@servicingdivision.com | Jul 16 2024 23:58:00 | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |
| 14385060 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jul 17 2024 00:17:13 | U.S. Department of HUD, 451 7th Street S.W., Washington, DC 20410-0001 |
| 14638477 | + | EDI: AIS.COM | Jul 17 2024 03:48:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14650233 | + | Email/Text: bankruptcy@firstenergycorp.com | Jul 16 2024 23:58:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 14373619 | + | Email/Text: bankruptcy@firstenergycorp.com | Jul 16 2024 23:58:00 | West Penn Power, 800 Cabine Hill Drive, Greensburg, PA 15601-1689 |

TOTAL: 26

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | First Guaranty Mortgage Corporation |
| cr | | MidFirst Bank |
| 14373618 | | Vasco Federal C U |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

District/off: 0315-2                            User: auto                                      Page 3 of 3
Date Rcvd: Jul 16, 2024                      Form ID: 3180W                          Total Noticed: 31

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2024                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2024 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Alyk L Oflazian | on behalf of Creditor MidFirst Bank amps@manleydeas.com |
| Christopher M. McMonagle | on behalf of Creditor First Guaranty Mortgage Corporation christopher.mcmonagle@bbs-law.com  bkecf@sterneisenberg.com |
| Corey J. Sacca | on behalf of Debtor Karen L. Falenski csacca@bononilaw.com coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com |
| Daniel Philip Jones | on behalf of Creditor First Guaranty Mortgage Corporation djones@sterneisenberg.com  bkecf@sterneisenberg.com |
| Denise Carlon | on behalf of Creditor The Money Source Inc. dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor First Guaranty Mortgage Corporation jblank@pincuslaw.com  brausch@pincuslaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Stephen Russell Franks | on behalf of Creditor MidFirst Bank amps@manleydeas.com |
| Steven P Kelly | on behalf of Creditor First Guaranty Mortgage Corporation skelly@sterneisenberg.com  bkecf@sterneisenberg.com |
| Thomas Song | on behalf of Creditor First Guaranty Mortgage Corporation pawb@fedphe.com |
| William E. Miller | on behalf of Creditor First Guaranty Mortgage Corporation william.miller@padgettlawgroup.com  BKECF@padgettlawgroup.com |

TOTAL: 13