IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
7/16/24 10:39 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
KAREN L. FALENSKI

Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Repondents.

Case No.:17-20781

Chapter 13

Related to Docket No. 133

ORDER OF COURT

AND NOW, this 16th Day of July, 2024, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-20781-GLT |
| Karen L. Falenski | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Jul 16, 2024 | Form ID: pdf900 | Total Noticed: 29 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Karen L. Falenski, 633 Overhead Bridge Road, Youngwood, PA 15697-1551 |
| cr | + | First Guaranty Mortgage Corporation, Stern & Eisenberg, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| sp | + | Joyce Novotny-Prettiman, Quatrini Rafferty Galloway, 550 E. Pittsburgh Street, Greensburg, PA 15601-2663 |
| 14883588 | + | First Guaranty Mortgage Corporation, c/oRushmore Loan Management ServicesLLC, 1755 Wittington Place, Suite 400, Dallas, TX 75234-1928 |
| 14373616 | | Roundpoint Mortgage Servicing Corp., 516 Parkway Plaza Blvd., Suite 200, Charlotte, NC 28217 |
| 14373617 | + | Southern Ca, 2420 Professional Drive, Rocky Mount, NC 27804-2253 |
| 14373620 | + | Vasco Federal Credit Union, 432 Depot Street, Latrobe, PA 15650-1567 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bncmail@w-legal.com | Jul 16 2024 23:58:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| cr | + | Email/Text: BK@servicingdivision.com | Jul 16 2024 23:58:00 | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, CT 06450-6755 |
| 14373610 | + | Email/Text: bncnotifications@pheaa.org | Jul 16 2024 23:58:00 | Aes/pheaafrn, Attn: Bankrupcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14654230 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 16 2024 23:58:00 | COMENITY CAPITAL BANK, C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121-3132 |
| 14373611 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 17 2024 00:16:56 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14416976 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 17 2024 00:04:14 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14373612 | + | Email/Text: Bk@c2cfsi.com | Jul 16 2024 23:58:00 | Coast to Coast Financial Solutions, Attn:Bankruptcy, 101 Hodencamp Rd Ste 120, Thousand Oaks, CA 91360-5831 |
| 14373613 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 16 2024 23:58:00 | Comenity Bank/Bon Ton, Attn: Bankruptcy, Po Box 18215, Columbus, OH 43218 |
| 14373614 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 17 2024 00:04:54 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14383243 | | Email/Text: ECMCBKNotices@ecmc.org | Jul 16 2024 23:58:00 | ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 14419613 | ^ | MEBN | Jul 16 2024 23:56:59 | First Guaranty Mortgage Corporation, c/o RoundPoint Mortgage Servicing Corp., 5016 Parkway Plaza Blvd, Suite 200, Charlotte, NC 28217-1930 |
| 14373615 | | Email/PDF: ais.fpc.ebn@aisinfo.com | | |

Case 17-20781-GLT    Doc 157    Filed 07/18/24    Entered 07/19/24 00:31:48    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 16, 2024 | Form ID: pdf900 | Total Noticed: 29 |

| Recip ID | | Email Address | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jul 17 2024 00:15:57 | First Premier Bank, 601 S Minneaplois Ave, Dious FDalls, SD 57104 |
| 14414643 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 17 2024 00:16:12 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15565027 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jul 17 2024 00:16:17 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14648510 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 16 2024 23:59:00 | Premier Bankcard, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14404558 | | Email/Text: bnc-quantum@quantum3group.com | Jul 16 2024 23:58:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14953617 | + | Email/Text: bncmail@w-legal.com | Jul 16 2024 23:58:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 15410252 | + | Email/Text: BK@servicingdivision.com | Jul 16 2024 23:58:00 | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |
| 14385060 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jul 17 2024 00:17:13 | U.S. Department of HUD, 451 7th Street S.W., Washington, DC 20410-0001 |
| 14638477 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 17 2024 00:17:16 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14650233 | + | Email/Text: bankruptcy@firstenergycorp.com | Jul 16 2024 23:58:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 14373619 | + | Email/Text: bankruptcy@firstenergycorp.com | Jul 16 2024 23:58:00 | West Penn Power, 800 Cabine Hill Drive, Greensburg, PA 15601-1689 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | First Guaranty Mortgage Corporation |
| cr | | MidFirst Bank |
| 14373618 | | Vasco Federal C U |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2024          Signature:          /s/Gustava Winters

District/off: 0315-2 User: auto Page 3 of 3
Date Rcvd: Jul 16, 2024 Form ID: pdf900 Total Noticed: 29

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alyk L Oflazian | on behalf of Creditor MidFirst Bank amps@manleydeas.com |
| Christopher M. McMonagle | on behalf of Creditor First Guaranty Mortgage Corporation christopher.mcmonagle@bbs-law.com bkecf@sterneisenberg.com |
| Corey J. Sacca | on behalf of Debtor Karen L. Falenski csacca@bononilaw.com coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com |
| Daniel Philip Jones | on behalf of Creditor First Guaranty Mortgage Corporation djones@sterneisenberg.com bkecf@sterneisenberg.com |
| Denise Carlon | on behalf of Creditor The Money Source Inc. dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor First Guaranty Mortgage Corporation jblank@pincuslaw.com brausch@pincuslaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Stephen Russell Franks | on behalf of Creditor MidFirst Bank amps@manleydeas.com |
| Steven P Kelly | on behalf of Creditor First Guaranty Mortgage Corporation skelly@sterneisenberg.com bkecf@sterneisenberg.com |
| Thomas Song | on behalf of Creditor First Guaranty Mortgage Corporation pawb@fedphe.com |
| William E. Miller | on behalf of Creditor First Guaranty Mortgage Corporation william.miller@padgettlawgroup.com BKECF@padgettlawgroup.com |

TOTAL: 13