**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    KAREN L. FALENSKI | Case No.:17-20781 GLT

       Debtor(s)

Ronda J. Winnecour | Document No.:
      Movant
    vs.
No Repondents.

---

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 03/01/2017  and confirmed on 04/07/2017 .  The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 110,148.99 |
| Less Refunds to Debtor | 5,783.78 | |
| TOTAL AMOUNT OF PLAN FUND | | 104,365.21 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,600.00 | |
|    Trustee Fee | 4,946.73 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,546.73 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|    MIDFIRST BANK SSB* | 47,690.06 | 47,690.06 | 0.00 | 47,690.06 |
|    Acct: 5402 | | | | |
|    MIDFIRST BANK SSB* | 0.00 | 23,246.10 | 0.00 | 23,246.10 |
|    Acct: 5402 | | | | |
|    MIDFIRST BANK SSB* | 2,425.23 | 2,425.23 | 0.00 | 2,425.23 |
|    Acct: 5402 | | | | |
|    VASCO FCU* | 4,508.87 | 4,508.87 | 323.34 | 4,832.21 |
|    Acct: 7003 | | | | |
|    US DEPARTMENT OF HUD**++ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 4605 | | | | |
| | | | | 78,193.60 |
| Priority | | | | |
|    COREY J SACCA ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
|    KAREN L. FALENSKI | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
|    KAREN L. FALENSKI | 5,015.79 | 5,015.79 | 0.00 | 0.00 |
|    Acct: | | | | |

| 17-20781 GLT | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

**Priority**

| Creditor | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| KAREN L. FALENSKI | 767.99 | 767.99 | 0.00 | 0.00 |
| Acct: | | | | |
| BONONI & COMPANY PC | 3,600.00 | 3,600.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BONONI & COMPANY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| VASCO FCU* | 0.00 | 17,624.88 | 0.00 | 17,624.88 |
| Acct: 7003 | | | | |
| | | | | 17,624.88 |

**Unsecured**

| Creditor | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| PHEAA FRN | 171,797.90 | 0.00 | 0.00 | 0.00 |
| Acct: 1416 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 3,226.49 | 0.00 | 0.00 | 0.00 |
| Acct: 3451 | | | | |
| COAST TO COAST FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4785 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENI | 410.85 | 0.00 | 0.00 | 0.00 |
| Acct: 0779 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 594.62 | 0.00 | 0.00 | 0.00 |
| Acct: 4639 | | | | |
| PREMIER BANKCARD LLC; JEFFERSON C | 448.44 | 0.00 | 0.00 | 0.00 |
| Acct: 1306 | | | | |
| SOUTHERN CA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3976 | | | | |
| WEST PENN POWER* | 2,158.08 | 0.00 | 0.00 | 0.00 |
| Acct: 2645 | | | | |
| VERIZON BY AMERICAN INFOSOURCE LP | 360.03 | 0.00 | 0.00 | 0.00 |
| Acct: 0002 | | | | |
| BILL ME LATER INC A/S/F SYNCHRONY B/ | 513.55 | 0.00 | 0.00 | 0.00 |
| Acct: 0652 | | | | |
| WILLIAM E MILLER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MANLEY DEAS KOCHALSKI LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

* * * N O N E * * *

| TOTAL PAID TO CREDITORS | | | | 95,818.48 |
|---|---|---|---|---|

TOTAL CLAIMED
PRIORITY               0.00
SECURED           54,624.16
UNSECURED        179.509.96

Date: 10/04/2024                          /s/ Ronda J. Winnecour

                                          RONDA J WINNECOUR PA ID
                                          #30399
                                          CHAPTER 13 TRUSTEE WD
                                          PA
                                          600 GRANT STREET
                                          SUITE 3250 US STEEL TWR
                                          PITTSBURGH, PA  15219
                                          (412) 471-5566
                                          cmecf@chapter13trusteewdpa.co
                                          m